FIRST SWEDISH METHODIST EPISCOPAL CHURCH et al., Respondents, *v.* FRANK ALEXANDER et al., Appellants.

Submitted May 15, 1939; decided May 17, 1939.

*Warner S. Rexford* for motion.
No one opposed.
Motion denied.